IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CLINTON S. WINTERS, JR.** **PETITIONER**

v. No. 3:22-cv-00256-MPM-RP

**STATE OF MISSISSIPPI** **RESPONDENT(S)**

**ORDER**

The Petitioner, Clinton S. Winters, Jr. has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. The Petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 12th day of January, 2023.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE